Matthew F. Holmberg
Attorney at Law: 321167
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
SATANYA MICHELLE SPEARMAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATANYA MICHELLE SPEARMAN<br><br>Plaintiff,<br>v.<br><br>ANDREW SAUL<br>Commissioner of Social Security<br><br>Defendant. | Case No.: 2:20-cv-01839-AC<br><br>[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include July 9, 2021, in which to file Plaintiff's motion for summary judgment and/or remand; and that all other deadlines set forth in the April 23, 2021, Scheduling Order shall be extended accordingly. IT IS SO ORDERED.

DATE: May 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE