PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105-1545
   Telephone:  (415) 268-5610
   Facsimile:  (415) 744-0134
   E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SATANYA MICHELLE SPEARMAN,<br><br>              Plaintiff,<br><br>      vs.<br><br>Kilolo Kijakazi,<br>Commissioner of Social Security,<br><br>              Defendant.[1] | Case No.: 2:20-cv-01839-AC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HER CROSS MOTION FOR SUMMARY JUDGMENT TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT & ~~PROPOSED~~ ORDER (FIRST REQUEST)** |

        IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his cross motion for summary judgment to Plaintiff's motion for summary judgment be extended sixty (60) days, from the original deadline, such that Defendant's new deadline, with the Court's approval, will be October 8, 2021,. This is Defendant's first request for an extension of time. Defendant needs additional time to file her response to Plaintiff's motion

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

for summary judgment due to Defendant's counsel's conflicting deadlines in other matters and a high volume of work.

Within the next 30 days, Defendant had 12 District Court briefs due, three of which have been extended once already, and other deadlines. The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in the eight assigned jurisdictions, at least part-time.  For the month of June 2021, the Region IX Office had 182 district court briefs due in the jurisdictions it handles.  Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current deadline. Therefore, the parties agree that Defendant may have an extension of 60 days, until October 8, 2021, with the Court's approval, to respond to Plaintiff's

///

///

///

///

///

///

///

///

1      With the Court's approval, the parties further stipulate that all other dates in the Court's

2  Scheduling Order be extended accordingly.

3

4                                    Respectfully submitted,

5  Dated: August 5, 2021            */s/ Matthew Franklin Holmberg*
                                    Matthew Franklin Holmberg
6                                   Law Offices of Lawrence D. Rohlfing
                                    Attorney for Plaintiff
7                                   (*authorized by email)

8                                   PHILLIP A. TALBERT
9                                   Acting United States Attorney

10                                  */s/ S. Wyeth McAdam*
11                                  S. WYETH McADAM
                                    Special Assistant United States Attorney
12                                  Attorneys for Defendant

13

14                                          ORDER

15  The parties' stipulated extension of time is approved.

16

17

18  Dated:  August 6, 2021

19                                  ALLISON CLAIRE
20                                  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

Stip. & Prop. Order for Ext., 2:20-cv-01839-AC